KING, Circuit Judge,
specially concurring:
I agree with the panel majority that the jury was able to consider in some manner the evidence proffered by Davis as mitigating, see Motley v. Collins, 18 F.3d 1223, 1235 (5th Cir.), cert. denied, — U.S.-, 115 S.Ct. 418, 130 L.Ed.2d 333 (1994), and that to grant Davis the federal habeas relief that he now requests would be to create a “new rule” of constitutional law, barred by Teague v. Lane, 489 U.S. 288, 109 S.Ct. 1060, 103 L.Ed.2d 334 (1989). I also agree that Webb v. Collins, 2 F.3d 93 (5th Cir.1993), controls the outcome of Davis’ cross appeal. I concur therefore in the judgment affirming in part, reversing in part and remanding with instructions to deny habeas relief.